In the Matter of the Claim of WILLIAM NIEDER, Respondent, against GARRETT BUSCH & SON, INC., Respondent, and COAL MERCHANTS MUTUAL INSURANCE COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted October 3, 1933; decided October 17, 1933.)

*Jeremiah F. Connor* for appellant.

*John J. Bennett, Jr., Attorney-General* (*Henry Epstein* and *John R. O'Hanlon* of counsel), for State Industrial Board, respondent.

No opinion.

Concur: POUND, Ch. J., LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Dissenting: CRANE and HUBBS, JJ.